**Fill in this information to identify the case:**

Debtor name: EatStreet, Inc.

United States Bankruptcy Court for the: Western District of WI (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | | Taxes | Disputed | | | $2,281,384.83 |
| 2 | Ilinois Department of Revenue<br>Bankruptcy Unit<br>PO Box 4385<br>Chicago, IL 60680 | | Taxes | Contingent<br>Disputed<br>Unliquidated | | | $662,375.85 |
| 3 | Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 | | Taxes | | | | $168,595.63 |
| 4 | Milwaukee Bucks, LLC<br>Michael Sneathem, CLO<br>1543 N 2nd St.<br>Milwaukee WI 53212 | | Trade Debt | | | | $114,444.45 |
| 5 | Wok N Talk At Brighton<br>525 N 2nd St<br>Boston, MA 02135 | Nathan Long<br>617-903-3630 | Trade Debt | Contingent<br>Disputed<br>Unliquidated | | | $70,061.34 |
| 6 | Kansas Department of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka KS 66601-2005 | | Taxes | | | | $34,453.04 |
| 7 | Kyoto Sushi Bar Grill<br>1725 Broadway<br>Sacramento, CA 95818 | Rachel Liu<br>916-492-2250 | Trade Debt | Contingent<br>Disputed<br>Unliquidated | | | $30,907.83 |
| 8 | Shish Kabob Express<br>34186 Woodward Ave<br>Birmingham MI 48009 | Omar Turk<br>248-723-0860 | Trade Debt | Contingent<br>Disputed<br>Unliquidated | | | $27,260.80 |

Debtor __EatStreet, Inc._____  Case number (*if known*)_____
      *Name*

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Massachussetts Dept. of Revenue<br>P.O. BOox 7090<br>Boston, MA 02204 | | Taxes | Contingent<br>Disputed<br>Unliquidated | | | $25,281.15 |
| 10 | Bombay Indian Grill<br>2011University Ave<br>Morgantown, WV 26505 | Bhupinder Goraya<br>304-381-4858 | Trade Debt | Contingent<br>Disputed<br>Unliquidated | | | $24,476.65 |
| 11 | Amber Indian Cuisine<br>6913 University Ae<br>Middleton WI 53562 | Bala Amber<br>608-824-0324 | Trade Debt | Contingent<br>Disputed<br>Unliquidated | | | $24,418.06 |
| 12 | Michigan Dept. of Treasury<br>Bankruptcy Claims Unit<br>PO Box 30168<br>Lansing, MI 48909 | | Taxes | | | | $18,477.45 |
| 13 | California Dept. of Tax and Fee Admin<br>Account Information Group, MIC: 29<br>PO Box 942879<br>Sacramento, CA 94278-0029 | | Taxes | | | | $18,460.19 |
| 14 | Tapatios Cocina Mexica<br>2990 Cahill Main #100<br>Fitchburg WI 53711 | | Trade Debt | Contingent<br>Disputed<br>Unliquidated | | | $17,016.70 |
| 15 | Satori Restaurant LLC<br>832 East Brady St<br>Milwaukee, WI 53202 | Khemanong Kongsin<br>414-837-6280 | Trade Debt | Contingent<br>Disputed | | | $15,903.71 |
| 16 | Chirping Chicken<br>355 Amsterdam Ave<br>New York, NY 10023 | | Trade Debt | Contingent<br>Disputed<br>Unliquidated | | | $15,556.49 |
| 17 | La Hacienda Restaurant<br>515 S Park St.<br>Madison, WI 53715 | David Herrera<br>608-255-8227 | Trade Debt | Contingent<br>Disputed<br>Unliquidated | | | $14,357.05 |
| 18 | Pizza Boli's<br>5020 Sinclair Ln<br>Baltimore MD 21206 | Shakeel Ahmend<br>410-325-2500 | Trade Debt | Contingent<br>Disputed | | | $14,354.92 |
| 19 | Cousin's Subs<br>33715 E Washington Ave<br>Madison, WI 53704 | Chad Ellett<br>608-241-0121 | Trade Debt | Contingent<br>Disputed<br>Unliquidated | | | $12,965.66 |
| 20 | Thai Time<br>96 Front St.<br>Binghamton, NY 13905 | | Trade Debt | Contingent<br>Disputed<br>Unliquidated | | | $12,884.36 |