**Fill in this information to identify the case:**

Debtor name: EatStreet, Inc.

United States Bankruptcy Court for the: Western District of Wisconsin (State)

Case number (If known): 24-12061-cjf    Chapter 11

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | See attached. | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Nature of lease or contract | Remaining term | Government Contract Number | Name | Address |
|---|---|---|---|---|
| parking | cancellable with notice | | 44 Parking LLC | 44 Parking LLC<br>Attn: Parking Dept<br>33 E. Main St., Ste 251<br>Madison, WI 53703 |
| lease | 2 months remaining (11/30/2024) | | 44 Associates Lp | 44 Associates Lp<br>10 East Doty Street # 300<br>Madison, WI 53703 |
| cloud computing services | 7 months remaining (5/1/2025) | | Aberdean Consulting, LLC | Aberdean Consulting, LLC<br>595 Science Drive, Ste D<br>Madison WI, 53711 |
| payment service | cancellable with notice | | ACHMA | ACHMA<br>PO Box 190<br>Minneapolis, MN 55400-0190 |
| cloud computing services | 5 months reamining (3/13/2025) | | Adobe, Inc. | Adobe, Inc.<br>345 Park Avenue<br>San Jose, CA 95110 |
| cloud computing services | cancellable with notice | | Amazon Web Services | Amazon Web Services<br>PO Box 84023<br>Seattle, WA 98124-8423 |
| payment processor | cancellable with notice | | American Express | American Express<br>200 Vesey Street<br>New York, NY 10285-3106 |
| internet service | cancellable with notice | | AT&T | AT&T<br>208 S. Akard St.<br>Dallas, TX 75202 |
| cloud computing services | cancellable with notice | | Atlassian | Atlassian<br>1098 Harrison St<br>San Francisco, CA 94103 |

| Nature of lease or contract | Remaining term | Government Contract Number | Name | Address |
|---|---|---|---|---|
| cloud computing services | 10 months remaining (8/23/2025) | | Avast | Avast<br>Pikrtova 1737/1a, 140 00<br>Prague 4, Czech Republic |
| employee services | 4 months remaining (2/18/2025) | | Awardco, Inc. | Awardco, Inc.<br>2080 W 400 N<br>Linden, UT 84042 |
| legal services | cancellable with notice | | Baker Tilley Advisory Group | Baker Tilley Advisory Group<br>11150 Santa Monica Blvd<br>Suite 600<br>Los Angeles, CA 90025 |
| legal services | cancellable with notice | | Baker Tilly Virchow Krause, LLP | Baker Tilly Virchow Krause, LLP<br>200 Lothrop Street<br>Pittsburgh, PA 15222 |
| cloud computing services | cancellable with notice | | Bandwidth | Bandwidth<br>2230 Bandmate Way<br>Raleigh, NC 27607 |
| cloud computing services | cancellable with notice | | Basecamp | Basecamp LLC<br>2045 W Grand Ave Ste B, PMB 53289<br>Chicago IL 60612 |
| payment services | cancellable with notice | | Bill.com | Bill.com<br>2103 CityWest Blvd 12th Fl<br>Houston, TX 77042 |
| cloud computing services | 5 months remaining (3/22/2025) | | Bitwarden | Bitwarden<br>1 N. Calle Cesar Chavez Ste 102<br>Santa Barbara, CA 93103 |
| cloud computing services | cancellable with notice | | Box | Box<br>900 Jefferson Ave<br>Redwood City, CA 94063 |

| Nature of lease or contract | Remaining term | Government Contract Number | Name | Address |
|---|---|---|---|---|
| payment processor | cancellable with notice | | Braintree | 222 W Merchandise Mart Plaza Suite 800 Chicago, IL 60654 |
| corporate credit cards | cancellable with notice | | Brex | Brex 1 Letterman Drive, Building A, Suite A4-700 San Francisco, CA, 94129 |
| corporate credit cards | 12 months remaining (10/1/2025) | | Browserstack.com | BROWSERSTACK INC. 4512 Legacy Driv Ste 100 Plano, TX 75024 |
| accounting software | 5 months remaining (3/1/2025) | | Budgyt Inc. | Budgyt Inc. 500 Ross Street LBX #200584 154-0455 Pittsburgh, PA 15262 |
| delivery service | cancellable with notice | | Burq | Burq 1717 East Cary Street Richmond, VA 23223 |
| employee services | 10 months remaining (8/30/2025) | | Chard Snyder | Chard Snyder 6867 Cintas Blvd Mason, OH 45040 |
| cloud computing services | cancellable with notice | | ChatGPT | OpenAI 3180 18th Street San Francisco, CA 94110 |
| afflilate partner | cancellable with notice | | Chowly | Chowly 225 W Wacker Dr Chicago, IL 60606 |
| bank | cancellable with notice | | CIBC Bank | CIBC Bank 3040 W 111th St Chicago, IL 60655 |

| Nature of lease or contract | Remaining term | Government Contract Number | Name | Address |
|---|---|---|---|---|
| cloud computing services | cancellable with notice | | Circle CI | Circle CI<br>201 Spear Street, Ste 1200<br>San Francisco, CA 94105 |
| sales and use tax compliance | cancellable with notice | | Clarus Partners | Clarus Partners<br>1233 Dublin Road<br>Columbus, OH 43215 |
| cloud computing services | cancellable with notice | | Cloud J Report Builder | Cloud4J, Inc.<br>21615 W 96th Street<br>Lenexa, KS 662220 |
| cloud computing services | cancellable with notice | | Cloud4J | Cloud4J<br>21615 W 96TH St<br>Lenexa, KS, 66220 |
| fax service | 10 months remaining (8/30/2025) | | Concord Technologies | Concord Technologies<br>2025 1st Avenue Ste 800<br>Seattle, WA 98121 |
| cloud computing services | 7 months remaining (5/30/2025) | | Contributed Systems | Contributed Systems LLC<br>PO Box 247<br>Lake Oswego, OR 97034 |
| employee services | 12 months remaining (10/30/2025) | | CT Corporation | CT Corp<br>28 Liberty St<br>New York, NY 10005 |
| cloud computing services | cancellable with notice | | DBT Cloud | DBT Cloud<br>915 Spring Garden St<br>Philadelphia, PA 19123 |
| investment bank | cancellable with notice | | DelMorgan | DelMorgan<br>100 Wilshire Blvd<br>Santa Monica, CA 90401 |

| Nature of lease or contract | Remaining term | Government Contract Number | Name | Address |
|---|---|---|---|---|
| employee services | 10 months remaining (8/30/2025) | | Delta Dental | Delta Dental<br>1515 W 22nd St Ste 450<br>Oak Brook, IL 60523 |
| employee services | 10 months remaining (8/30/2025) | | DISABILITY MANAGEMENT | DISABILITY MANAGEMENT<br>PO Box 7886<br>Madison, WI 53707-7886 |
| cloud computing services | cancellable with notice | | Docker | Docker, Inc<br>3790 El Camino Real #1052<br>Palo Alto, CA 94306 |
| delivery service | cancellable with notice | | DoorDash | DoorDash<br>303 2nd Street South Tower<br>Ste 800<br>San Francisco, CA 94107 |
| employee training | cancellable with notice | | Driven Inc. | Driven Inc.<br>1500 Wilson Boulevard<br>15th Floor<br>Arlington, VA 22209 |
| cloud computing services | cancellable with notice | | Dropbox | Dropbox<br>1800 Owens St<br>San Francisco, CA 94158 |
| employee services | cancellable with notice | | Empower | Empower<br>8525 E. Orchard Road,10T3<br>Greenwood Village, CO 80111 |
| advertising | cancellable with notice | | Facebook | Facebook<br>1 Hacker Way<br>Menlo Park, CA 94025 |

| Nature of lease or contract | Remaining term | Government Contract Number | Name | Address |
|---|---|---|---|---|
| cloud computing services | 4 months remaining (2/19/2025) | | Fastspring Rosesilver Software | Fastspring Rosesilver Software<br>801 Garden Street #201<br>Santa Barbara, CA 93101 |
| cloud computing services | cancellable with notice | | FIGMA | FIGMA<br>760 Market St<br>San Francisco, CA 94102 |
| cloud computing services | 6 months remaining (4/11/2025) | | Font Awesome | Font Awesome<br>307 S Main St., Bentonville<br>Arkansas 7271 |
| fraud prevention services | cancellable with notice | | Forter Inc. | Forter Inc.<br>575 Fifth Ave<br>New York, NY 10017 |
| cloud computing services | cancellable with notice | | Gemfury | Cloudfury LLC<br>113 Cherry St, #44311<br>Seattle, WA 98104 |
| insurance | 11 months (8/31/2025) | | General Star Indemnity | General Star Indemnity Company<br>120 Long Ridge Rd<br>Stamford, CT 06904-2354 |
| cloud telephone services | 6 months remaining (4/1/2025) | | Genesys Telecommunications Labs, Inc | Genesys Telecommunications Labs, Inc<br>P.O. Box 206174<br>Dallas, TX 75320-6174 |
| employee services | cancellable with notice | | Gen Digital Inc. | Gen Digital Inc.<br>PO Box 743560<br>Los Angeles, CA 90074 |
| cloud computing services | cancellable with notice | | Github | Github<br>88 Colin P Kelly Jr. Street<br>San Francisco, CA 94107 |

| Nature of lease or contract | Remaining term | Government Contract Number | Name | Address |
|---|---|---|---|---|
| cloud computing services | cancellable with notice | | GoDaddy | GoDaddy<br>2155 E GoDaddy Way<br>Tempe, AZ 85284 |
| advertising | cancellable with notice | | Google | Google<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 |
| cloud computing services | cancellable with notice | | Gravitystorm | Gravitystorm<br>33 Whitetail Ln<br>Tiverton, RI 02878 |
| employee services | 7 months remaining (5/27/2025) | | HappyFox | HappyFox<br>47 Discovery Ste 130<br>Irvine, CA 92618 |
| cloud computing services | cancellable with notice | | Hexnode | Hexnode<br>111 Pine St #1225<br>San Francisco, CA 94111 |
| advertising | cancellable with notice | | Ideal Printing | Ideal Printing LLC<br>400 S. Nine Mound Road<br>Verona,WI 53593 |
| cloud computing services | cancellable with notice | | IFTTT | IFTTT<br>2261 Market Street #4383<br>San Francisco, CA 94114 |
| cloud computing services | cancellable with notice | | IMGIX | IMGIX<br>423 Tehama St<br>San Francisco, CA 94103 |
| employee services | 2 months remaining (12/28/2024) | | Infosec Institute Inc | Infosec Institute Inc<br>311 West Washington Avenue<br>Madison, WI 53703 |

| Nature of lease or contract | Remaining term | Government Contract Number | Name | Address |
|---|---|---|---|---|
| expense management software | cancellable with notice | | Intuit | The Communication Connection, Inc.<br>1250 Hamilton Drive<br>West Chester, PA 19380 |
| cloud computing services | 13 months remaining (11/28/2025) | | Ionic | Ionic<br>121 South Pinckney Street, Ste 300<br>Madison, WI 53703 |
| cloud computing services | 10 months remaining (8/1/2025) | | ITPARTNERS | ITPARTNERS<br>15169 N. Scottsdale Rd, Ste. 205<br>Scottsdale, AZ 85254 |
| cloud computing services | cancellable with notice | | JetBrains | Jet Brains s.r.o.<br>Kavčí Hory Office Park, Na Hřebenech II 1718/8<br>Praha 4 - Nusle, 140 00, Czech Republic |
| employee services | cancellable with notice | | Justworks, Inc. | Justworks, Inc.<br>55 Water St, 29Th Floor<br>New York City, NY 10041 |
| insurance | non-renewed | | Liberty Mutual | Liberty Mutual Insurance<br>175 Berkeley Street<br>Boston, MA 02116 |
| employee services | until cancelled | | Linkedin | Linkedin<br>1000 W Maude Ave<br>Sunnyvale, CA 94085 |
| insurance | 11 months (9/1/2025) | | Lloyd's of London | Lloyd's of London<br>1 Lime St<br>London EC3M 7HA, United Kingdom |
| technical consulting services | cancellable with notice | | LogikSource | Robežu iela 2 – 13<br>Matīši, Matīšu pag., Valmieras nov., LV-4210<br>Latvia |

| Nature of lease or contract | Remaining term | Government Contract Number | Name | Address |
|---|---|---|---|---|
| cloud computing services | cancellable with notice | | Lucid Software Inc | Lucid Software Inc<br>10355 S Jordan Gateway #300<br>South Jordan, Utah 84095 |
| cloud computing services | cancellable with notice | | Lucidchart | Lucidchart<br>10355 S Jordan Gateway Suite 300 South Jordan, Utah 84095 US |
| cloud computing services | cancellable with notice | | Mailgun Technologies | Mailgun Technologies<br>112 E Pecan St, Ste 1135<br>San Antonio, TX 78205 |
| marketing services | 2 months remaining (12/1/2024) then cancellable with notice | | Mediaura | Mediaura<br>360 Spring Street<br>Jeffersonville, IN 47130 |
| cloud computing services | cancellable with notice | | Messagebird UK Limited | Messagebird UK Limited<br>3 More London Riverside, Fl 4<br>London, UK SE1 2AQ |
| attorney | cancellable with notice | | Michael Best | Michael Best<br>1 S Pinckney St Unit 700<br>Madison, WI 53703 |
| cloud computing services | cancellable with notice | | Microsoft | Microsoft<br>1 Microsoft Way<br>Redmond, WA 98052 |
| advertising | cancellable with notice | | Microsoft Bing Ads | Microsoft Bing Ads<br>6880 Sierra Center<br>Parkway, Reno, NV 89511 |

| Nature of lease or contract | Remaining term | Government Contract Number | Name | Address |
|---|---|---|---|---|
| advertising | in dispute | | Milwaukee Bucks, LLC | Milwaukee Bucks, LLC<br>1111 Ver R. Phillips Ave<br>Milwaukee, WI 53203 |
| cloud computing services | cancellable with notice | | MIRO | MIRO<br>201 Spear St Ste 1100<br>San Francisco, CA 94105 |
| cloud computing services | 10 months remaining (8/24/2025) | | Mixpanel Inc. | Mixpanel Inc.<br>1 Front Street Ste 2800<br>San Fransciso, CA 94111-5385 |
| customer survey software | 7 months remaining (5/1/2025) | | Momentive Inc. | Momentive Inc.<br>1 Curiosity Way<br>San Mateo, CA 94403 |
| cloud computing services | 2 months remaining (12/1/2024) | | My Bluehost | My Bluehost<br>5335 Gate Pkwy, 2nd Fl<br>Jacksonville, FL 32256 |
| insurance | 11 months remaining (9/1/2025) | | National Casualty | National Casualty<br>One West Nationwide Boulevard<br>Columbus, OH 43215 |
| insurance | 11 months remaining (9/1/2025) | | National Union Fire Ins Co of Pittsburg | National Union Fire Ins Co of Pittsburg<br>625 Liberty Ave, Ste 600<br>Pittsburg, PA 15222 |
| insurance | 11 months remaining (9/1/2025) | | National Union AIG | National Union AIG<br>1271 Avenue of the Americas, Floor 41<br>New York, NY 10020-1304 |
| office equipment | 6 months remaining (4/26/2025) | | NCC Group Software Resilie | NCC Group Software Resilience LLC<br>11675 Rainwater Drive Ste 260<br>Alpharetta, GA 30009 |

| Nature of lease or contract | Remaining term | Government Contract Number | Name | Address |
|---|---|---|---|---|
| cloud computing services | 11 months remaining (9/13/2025) | | New Relic | New Relic<br>188 Spear Street, Ste 1200<br>San Francisco, CA 94105 |
| cloud computing services | 3 months remaining (1/31/2025) | | Ngrok | Ngrok<br>548 Market St, PMB 26741<br>San Francisco, CA 94104-5401 |
| order integrator | cancellable with notice | | OLO | OLO<br>285 Fulton Street<br>Floor 82<br>New York, NY 10007 |
| cloud computing services | 6 months remaining (4/12/2025) | | One Identity Llc | One Identity LLC<br>4 Polaris Way<br>Aliso Viejo, CA 92656 |
| cloud computing services | 2 months remaining (12/31/2024) | | OneSignal, Inc. | OneSignal, Inc.<br>2850 South Delaware Street Ste 201<br>San Mateo, CA 94403 |
| employee services | 11 months remaining (9/1/2025) | | Optum Bank | Optum Bank<br>2525 S Lake Park Blvd<br>West Valley City, Utah 84120 |
| cloud computing services | 5 months remaining (3/10/2025) | | OwnBackup, Inc. | OwnCompany, Inc.<br>940 Sylvan Avenue, Floor 1<br>Englewood Cliffs, NJ 07632 |
| insurance | 11 months remaining (9/1/2025) | | Pacific Insurance Company Limited | Pacific Insurance Company Limited<br>428 Main St. S Ste 8<br>Woodbury, CT 06798 |

| Nature of lease or contract | Remaining term | Government Contract Number | Name | Address |
|---|---|---|---|---|
| insurance | 11 months remaining (9/1/2025) | | PCF Insurance Services of the West, LLC | PCF Insurance Services of the West, LLC<br>2745 W 600 N<br>Suite 500<br>Lindon, UT 84042 |
| payment processing | cancellable with notice | | PayPal, Inc | PayPal, Inc<br>2211 N 1st St<br>San Jose, CA 95131 |
| shipping | cancellable with notice | | Pitney Bowes | Pitney Bowes<br>PO Box 867<br>Hartford, CT 06143 |
| cloud computing services | cancellable with notice | | Prerender.io | Prerender.io<br>304 S. Jones Blvd #1205, Las Vegas NV, 89107 |
| cloud computing services | cancellable with notice | | Quay.io | Quay.io<br>100 East Davie Street<br>Raleigh, NC 27601 |
| account software | cancellable with notice | | Qvinci | Qvinci<br>1601 S MoPac Expy #350<br>Austin, TX 78746 |
| visual design services | cancellable with notice | | Rachel Betters | Rachel Betters<br>2023 Mayflower Drive, Apt 6<br>Middleton, WI 53562 |
| cloud computing services | cancellable with notice | | Rapid LLC | Rapid LLC<br>120 Causeway Street Ste 400<br>Boston, MA 02114 |
| payment processing | cancellable with notice | | Red Card | Red Card<br>622 W Washington Ave Suite 100<br>Madison, WI 53703 |

| Nature of lease or contract | Remaining term | Government Contract Number | Name | Address |
|---|---|---|---|---|
| lease/co-working services | 7 months remaining (5/31/2025) | | Regus | Regus<br>2810 Crossroads Dr #4000<br>Madison, WI 53718 |
| cloud computing services | 11 months remaining (9/22/2025) | | RingCentral | RingCentral<br>20 Davis Drive<br>Belmont, CA 94002-3002 |
| cloud computing services | cancellable with notice | | SADA Systems, Inc | SADA Systems, Inc<br>5250 Lankershim Blvd., #620<br>North Hollywood, CA 91601 |
| cloud computing services | 24 months remaining (10/11/2026) | | Salesforce.com Inc. | Salesforce.com Inc.<br>PO Box 203141<br>Dallas, TX 75320-3141 |
| cloud computing services | 4 months remaining (2/28/2025) | | SentinelOne, Inc. | SentinelOne, Inc.<br>605 Fairchild Drive<br>Mountain View, CA 94043 |
| cloud computing services | cancellable with notice | | Sentry | Sentry<br>132 Hawthorne St<br>San Francisco, CA 94107 |
| cloud computing services | 8 months remaining (6/7/2025) | | Shortstack | Shortstack<br>50 Washington St Unit 301<br>Reno, NV 89503 |
| cloud computing services | cancellable with notice | | SINCH MAILGUN | SINCH MAILGUN<br>112 E Pecan St #1135<br>San Antonio, TX 78205 |
| cloud computing services | 11 months remaining (9/22/2025) | | Slack | Slack<br>500 Howard St<br>San Francisco, CA 94105 |

| Nature of lease or contract | Remaining term | Government Contract Number | Name | Address |
|---|---|---|---|---|
| advertising | cancellable with notice | | Snapchat | Snap Inc<br>3000 31st St., Suite C<br>Santa Monica, CA 90405 |
| SHRM Membership | 4 months remaining (2/22/2025) | | Society For Human Resource Management | Society For Human Resource Management<br>1800 Duke St<br>Alexandria, VA 22314 |
| customer service call center | cancellable with notice | | Southcall | Southcall<br>743M+X89, Unnamed Road<br>Cabuyao, Laguna, Philippines |
| cloud computing services | cancellable with notice | | Spinach.io | StayIn, Inc.<br>812B Knox Ave.<br>Nashville, TN, 37204 |
| payment processing | 28 months remaining (2/21/2027) | | Stripe | Stripe<br>354 Oyster Point Boulevard<br>South San Francisco, CA 94080 |
| insurance | 11 months remaining (9/1/2025) | | Sun Life | Sun Life<br>P.O. Box 9106<br>Wellesley Hills, MA 02481 |
| cloud computing services | 6 months remaining (4/1/2025) | | SURVEYMONKEY | Surveymonkey<br>910 Park Pl Ste 300<br>San Mateo, CA 94403 |
| cloud computing services | 7 months remaining (5/24/2025) | | Tableau | Tableau Software, Inc.<br>1621 N 34th St.<br>Seattle, WA 98103 |
| accounting software | 8 months remaining (6/21/2025) | | TaxJar | Sovos<br>9350 Excelsior Blvd Suite 200<br>Hopkins, MN 55343 |

| Nature of lease or contract | Remaining term | Government Contract Number | Name | Address |
|---|---|---|---|---|
| employee services | 11 months remaining (9/1/2025) | | TG Benefits | TG Benefits<br>PO Box 45828<br>Madison, WI 53744 |
| insurance | 11 months remaining (9/1/2025) | | Hartford Fire Insurance Company | Hartford Fire Insurance Company<br>One Hartford Plaza<br>Hartford, CT 06155 |
| advertising | cancellable with notice | | Tiktok | Tiktok<br>5800 Bristol Pkwy<br>Culver City, CA 90230 |
| insurance | 11 months remaining (9/1/2025) | | Total Insurance | Total Insurance<br>3175 Commercial Ave<br>Northbrook, IL 60062 |
| insurance | non-renewed | | The Traveler's Group | The Traveler's Group<br>485 Lexington Ave 8th fl<br>New York, NY 10017 |
| cloud computing services | 11 months remaining (9/1/2025) | | Twilio | Twilio<br>375 Beale Street Ste 300<br>San Francisco, CA 94105 |
| delivery service | Cancellable with notice | | Uber | Portier, LLC<br>1725 3rd Street<br>San Francisco, CA 94158 |
| employee services | cancellable with notice | | UDemy.com | UDemy.com<br>600 Harrison St, Fl 3<br>San Francisco, CA 94107 |
| employee services | 11 months remaining (9/1/2025) | | UnifyHR | 105 Decker Ct #540<br>Irving, TX 75062 |

| Nature of lease or contract | Remaining term | Government Contract Number | Name | Address |
|---|---|---|---|---|
| office services | cancellable with notice | | US Mobile | US Mobile<br>11 E 44th St Fl 2<br>New York, NY 10017 |
| affiliate marketing | cancellable with notice | | UWCU | UW Credit Union<br>PO Box 44963<br>Madison, WI 53744-4963 |
| office services | cancellable with notice | | Verizon Wireless | Verizon Wireless<br>PO Box 408<br>Newark, NJ 07101-0408 |
| cloud computing services | 2 months remaining (12/18/2024) | | Wursta Corporation | Wursta Corporation<br>1021 East 7th Street<br>Austin, TX 78702 |
| shipping software | 5 months remaining (3/6/2025) | | Zenkraft | Zenkraft<br>88 Wood Street, 10th-11th floor<br>Newark, DE 19713 |
| cloud computing services | 9 months remaining (7/26/2025) | | Zoom | Zoom<br>55 Almaden Blvd, Ste 600<br>San Jose, CA 95113 |